```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 07-60649-CIV-GOLD
                          MAGISTRATE JUDGE P.A. WHITE
```

WILFRID LOUIS,                  :

    Plaintiff,              :

v.                              :       REPORT THAT CASE IS
                                                                          READY FOR TRIAL

OFFICER FLEMING,                :

    Defendants.             :

_____

    This prisoner civil rights case was referred to the undersigned for preliminary proceedings pursuant to 28 U.S.C. §636(b)(l).

    The case is now at issue. The dates entered in the pre-trial scheduling order, and extended dates have now passed. No dispositive motion has been filed.

    It is therefore respectfully recommended that this case be placed upon the trial calendar of the District Judge.

    DONE AND ORDERED at Miami, Florida, this 3rd day of March, 2008.

                                                                                            _____
                                                                           UNITED STATES MAGISTRATE JUDGE

cc:  Wilfrid Louis, Pro Se
     DC#L25962
     Hamilton CI
     Address of Record

```
Boileau and Gunther, Esq.
Adorno & Yoss
Address of Record
```