UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60649-CIV-GOLD/WHITE

WILFRED LOUIS,

    Plaintiff,

v.

OFFICER FLEMING, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT; ALLOWING PLAINTIFF ADDITIONAL TIME TO FILE PRETRIAL STATEMENT; SETTING CASE FOR TRIAL

THIS CAUSE comes before the Court on the Report [DE 28] by the Honorable Patrick A. White, docketed on April 3, 2008. In this Report, Magistrate Judge White recommends that this case be placed upon my trial calendar. Judge White notes in his Report that no dispositive motions have been filed, and all dates in the pretrial scheduling order and all extensions have passed.

No objections have been filed to Judge White's Report. Having considered the Report and the case file, I adopt the Report and will set this case for trial.

Defendants filed a Notice [DE 29] on April 15, 2008 informing the Court that Plaintiff has not yet filed his pretrial statement. According to Defendants' Notice, this pretrial statement was due on April 7, 2008. Having considered the Notice and the case file in this action, I will allow Plaintiff additional time to file his pretrial statement. Such statement shall be prepared in accordance with Magistrate Judge White's instructions in his December 3, 2007 order, which I will attach to this Order. Defendants shall also file their pretrial stipulation in accordance with Magistrate Judge White's order. Accordingly, it is hereby:

    ORDERED AND ADJUDGED that

1. The Report [DE 28] is ADOPTED.

2. The Plaintiff shall file his pretrial stipulation with the Court and serve it upon Defendants on or before August 29, 2008.

3. Defendants shall file their pretrial stipulation and serve it upon Plaintiff on or before **September 26, 2008.**

4. This case is set for trial during the two week period commencing Monday, **December 8, 2008.**

5. Calendar Call shall be **Wednesday, December 3, 2008 at 1:30 p.m**.

6. A telephonic status conference is set before the undersigned at the Wilkie D. Ferguson United States Courthouse, Courtroom 11-1, 400 N. Miami Ave., Miami, FL 33128 on **Wednesday, November 12, 2008 at 8:45 a.m**. Preparations for trial, including the production of witnesses, will be discussed at this telephonic status conference. **Please call 1-866-208-0348 and reference Conference ID # 51603281 for this telephonic status conference.** *The Warden is hereby requested to make appropriate arrangements for Inmate Wilfred Louis to have timely access to a telephone on November 12, 2008, as noted herein.* Please be timely.

DONE AND ORDERED in Chambers in Miami, Florida this 10th day of June, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Patrick White
All counsel of record

From Chambers via U.S. Mail:
Wilfred Louis,
DC #L25962
Hamilton Correctional Institution, Main Unit

10650 S.W. 46th Street
Jasper, FL 32052

Warden, Hamilton Correctional Institution [same address as above, via us mail]

```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 07-60649-CIV-GOLD
                          MAGISTRATE JUDGE P. A. WHITE
```

WILFRID LOUIS,                  :

    Plaintiff,                  :         AMENDED
                                        ORDER SCHEDULING PRETRIAL
v.                              :       PROCEEDINGS WHEN PLAINTIFF
                                          IS PROCEEDING PRO SE
OFFICER FLEMING, et al.,        :

    Defendants.                 :
_____

    The plaintiff in this case is incarcerated, without counsel, so that it would be difficult for either the plaintiff or the defendants to comply fully with the pretrial procedures required by Local Rule 16.1 of this Court. All dates entered in the initial pre-trial scheduling order are extended. It is thereupon

    ORDERED AND ADJUDGED as follows:

    1. All discovery methods listed in Rule 26(a), Federal Rules of Civil Procedure, shall be completed by January 19, 2008. This shall include all motions relating to discovery.

    2. All motions to join additional parties or amend the pleadings shall be filed February 4, 2008.

    3. All motions to dismiss and/or for summary judgment shall be filed by March 25, 2008.

    4. On or before April 7, 2008, the plaintiff shall file with the Court and serve upon counsel for the defendants a document

called "Pretrial Statement." The Pretrial Statement shall contain the following things:

    (a) A brief general statement of what the case is about;

    (b) A written statement of the facts that will be offered by oral or documentary evidence at trial; this means that the plaintiff must explain what he intends to prove at trial and how he intends to prove it;

    (c) A list of all exhibits to be offered into evidence at the trial of the case;

    (d) A list of the full names and addresses of places of employment for all the non-inmate witnesses that the plaintiff intends to call (the plaintiff must notify the Court of any changes in their addresses);

    (e) A list of the full names, inmate numbers, and places of incarceration of all the inmate witness that plaintiff intends to call (the plaintiff must notify the Court of any changes in their places of incarceration); and

    (f) A summary of the testimony that the plaintiff expects *each* of his witnesses to give.

5. On or before April 15, 2008, defendants shall file and serve upon plaintiff a "Pretrial Statement," which shall comply with paragraph 4(a)-(f).

2

6. Failure of the parties to disclose fully in the Pretrial Statement the substance of the evidence to be offered at trial may result in the exclusion of that evidence at the trial. Exceptions will be (1) matters which the Court determines were not discoverable at the time of the pretrial conference, (2) privileged matters, and (3) matters to be used solely for impeachment purposes.

7. If the plaintiff fails to file a Pretrial Statement, as required by paragraph 4 of this order, paragraph 5 of this order shall be suspended and the defendants shall notify the Court of plaintiff's failure to comply. <u>The plaintiff is cautioned that failure to file the Pretrial Statement may result in dismissal of this case for lack of prosecution</u>.

8. The plaintiff shall serve upon defense counsel, at the address given for him in this order, a copy of every pleading, motion, memorandum, or other paper submitted for consideration by the Court and shall include on the original document filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the pleading, motion, memorandum, or other paper was mailed to counsel. All pleadings, motions, memoranda, or other papers shall be filed with the Clerk and must include a certificate of service or they will be disregarded by the Court.

9. A pretrial conference may be set pursuant to Local Rule 16.1 of the United States District Court for the Southern District of Florida, after the pretrial statements have been filed. Prior to such a conference, the parties or their counsel shall meet in a good faith effort to:

    (a) discuss the possibility of settlement;

3

(b) stipulate (agree) in writing to as many facts and issues as possible to avoid unnecessary evidence;

(c) examine all exhibits and documents proposed to be used at the trial, except that impeachment documents need not be revealed;

(d) mark all exhibits and prepare an exhibit list;

(e) initial and date opposing party's exhibits;

(f) prepare a list of motions or other matters which require Court attention; and

(g) discuss any other matters that may help in concluding this case.

10. All motions filed by defense counsel must include a proposed order for the undersigned Magistrate Judge's signature.

DONE AND ORDERED at Miami, Florida, this 3rd day of December, 2007.

             <u>S/ Patrick A. White</u>
             UNITED STATES MAGISTRATE JUDGE

cc: Wilfrid Louis, <u>Pro Se</u>
   DC#L25962
   Hamilton Correctional Institution--Main Unit
   10650 S.W. 46 Street
   Jasper, FL 32052

   Alain Boileau, Esquire
   Dieter Gunther, Esq.
   Adorno & Yoss, LLP
   Ft Lauderdale, FL
   Attorneys of Records

   Alan S. Gold, United States District Judge

4