## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 07-60649-CIV-GOLD/WHITE

**WILFRED LOUIS,**

    **Plaintiff,**

**v.**

**OFFICER FLEMING, et al.,**

    **Defendants.**

_____/

### ORDER REQUIRING PLAINTIFF TO FILE PRETRIAL STIPULATION

THIS CAUSE comes before the Court sua sponte.  In my last order [DE 30] , I required Plaintiff to file his pretrial stipulation and serve it upon Defendants on or before August 29, 2008.  Plaintiff has not filed a pretrial stipulation or filed any other pleading in this case since that time.  As such, Plaintiff shall file the pretrial stipulation and serve it upon Defendants on or before October 3, 2008.  If Plaintiff does not file and serve the pretrial stipulation by that date, this case may be dismissed for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(2)(b).  Although Defendants' pretrial stipulation was due on September 26, 2008 based on my prior order, Defendants shall now file their pretrial stipulation and serve it upon Plaintiff on or before October 31, 2008.  This case remains set for trial during the two week period beginning Monday, December 8, 2008, and the telephonic status conference remains set for November 12, 2008 at 8:45am, pursuant to my prior order [DE 30].  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff shall file and serve his pretrial stipulation on or before October 3, 2008, and Defendants shall file and serve their pretrial stipulation

on or before October 31, 2008.

DONE AND ORDERED in Chambers in Miami, Florida this *10* day of September, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
All counsel of record

From Chambers via U.S. Mail:

**Wilfrid Louis,** pro se
DC# L25962
Hamilton Correctional Institution
Main Unit
10650 SW 46th Street
Jasper, FL 32052